AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

FILED
OCT 20 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                                                          Case No. 4:15 MJ 262 DDN

3245 Quervo Ln.
Imperial, MO 63052 Eastern District of Missouri
and all computers, computer hardware, computer and digital
media, and wireless telephones therein.

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     EASTERN     District of     MISSOURI
*(identify the person or describe the property to be searched and give its location):*

3245 Quervo Ln. Imperial, MO 63052 Eastern District of Missouri and all computers, computer hardware, computer and digital media, and wireless telephones therein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

SEE ATTACHMENTS A and B

**YOU ARE COMMANDED** to execute this warrant on or before     October 27, 2015     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     David D. Noce     .
                                                          *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for    days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of

Date and time issued:    11:35 am   Oct. 13, 2015      David D. Noce
                                                                                         *Judge's signature*

City and state:    St. Louis, MO                                Honorable David D. Noce, U.S. Magistrate Judge
                                                                                               *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 4:15 MJ 262 DDN | Date and time warrant executed: 10/15/15 7:05 am | Copy of warrant and inventory left with: Bryan Cripe |
| Inventory made in the presence of : Bryan Cripe | | |

Inventory of the property taken and name of any person(s) seized:

1. LG Cooler Master Computer Tower s/n RC912KKN1112006 01893
2. Dell Laptop s/n 249805 26865
3. 1 phone silver Model A1428RB
4. External Harddrive s/n WX71E23VNF48
5. 4 thumb drives
6. 8 MB memory card
7. 1 Floppy disk
8. 43 CD/DVD media
9. PS3 s/n CH056829549 - CECH - 2501A
10. PS4 s/n MB072227886
11. Wii View s/n FW107850072
12. NEC Computer Tower s/n E092N04504
13. Gateway Tower s/n QLA4A016.00761
14. Gateway Tower s/n SNIN 832003352330

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/20/15

_____ 4757
Executing officer's signature

Det Michael Spreck 4751
Printed name and title

## ATTACHMENT A

## DESCRIPTION OF LOCATION TO BE SEARCHED

3245 Quervo Ln., Imperial, MO 63052

3245 Quervo Ln., Imperial, MO 63052 is a two story wood structure residence having the numerical address of 3245 Quervo Ln., displayed above the entrance door. The residence is located on the north side of the street with the entrance facing south.



1

## ATTACHMENT B

## PROPERTY TO BE SEIZED AND SEARCHED

1. All records relating to violations of Title 18, United States Code, Sections 2251, 2252A(a)(2), and 2252A(a)(5)(B), and 2422 which may be found at the TARGET LOCATION more fully described in Attachments A:

   a. Any and all notes, documents, records, or correspondence pertaining to violations of 18 U.S.C. §§ 2251, 2252A and 2422, or to child pornography as defined under Title 18, U.S.C. § 2256(8).

   b. Any and all correspondence identifying persons transmitting, receiving or possessing, through interstate commerce including by U.S. Mails or by computer, any visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, U.S.C. § 2256(2).

   c. Any and all records, documents, invoices and materials that concern any accounts with YouTube, You Now, Chat Teen, Comcast or any other Internet Service Provider, screen names, or email accounts.

   d. Any and all visual depictions of minors, to include depictions of minors engaged in sexually explicit conduct, nude pictures, and modeling.

   e. Any and all address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records pertaining to the preparation, purchase, and acquisition of names or lists of names.

   f. Any and all documents, records, or correspondence pertaining to occupancy or other connection to 3245 Quervo Ln., Imperial, MO 63052.

h. Any and all diaries, notebooks, notes, pictures, emails, chats, directions, maps, banking, travel, documents, and any other records reflecting personal contact and any other activities with minors.

i. Any and all notes, documents, records, photos or correspondence that indicate a sexual interest in children, including, but not limited to:

    i. Correspondence with children;

    ii. Any and all visual depictions of minors;

    iii. Internet browsing history;

    iv. Books, logs, emails, chats, diaries and other documents.

2. Any and all web cameras, video cameras, videotapes, cameras, film, cell phones with cameras and/or internet capability, or other photographic equipment that are instrumentalities of and/or contain evidence related to violations of Title 18, United States Code, Sections 2251, 2252A(a)(2), and 2252A(a)(5)(B), and 2422.

3. Computers or storage media used as a means to commit the violations described above, including producing, possessing, receiving, and distributing child pornography, and coercion and enticement, in violation of Title 18, United States Code, Sections 2251, 2252A(a)(2), and 2252A(a)(5)(B), and 2422.

4. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

    a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing

history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c. evidence of the lack of such malicious software;

d. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

e. evidence indicating the computer user's state of mind as it relates to the crime under investigation;

f. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

h. evidence of the times the COMPUTER was used;

i. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

j. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k. records of or information about Internet Protocol addresses used by the COMPUTER;

l. records of or information about the COMPUTER's internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web

pages, search terms that the user entered into any internet search engine, and records of user-typed web addresses;

m. contextual information necessary to understand the evidence described in this attachment.

5. Routers, modems, and network equipment used to connect computers to the internet.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, personal data assistants, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.