UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> 3245 Quervo Ln. ) <br> Imperial, MO 63052 ) <br> Eastern District of Missouri ) <br> and all computers, ) <br> computer hardware, ) <br> computer and digital media, and ) <br> wireless telephones therein. ) | No. 4:15MJ00262 DDN |

## ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS

This matter comes before the Court pursuant to a notice by the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, stating the Government has no objection to the unsealing of the search warrant, along with its affidavit, application and return and other related documents, which are presently sealed under Cause No. 4:15MJ00262 DDN.

IT APPEARING there are reasonable grounds to believe that there is no reason to keep the aforesaid documents sealed.

IT IS ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed under Cause No. 4:15MJ00262 DDN, be unsealed.

_____
DAVID D. NOCE
United States Magistrate Judge

Dated this _____ day of November, 2016.